JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| IN RE NAMCO CAPITAL GROUP, INC.<br><br>      Debtor,<br>_____<br><br>BRADLEY D. SHARP,<br><br>      Plaintiff,<br><br>   v.<br><br>CANYON CAPITAL REALTY ADVISORS LLC; and CANPARTNERS REALTY HOLDING COMPANY IV LLC,<br><br>      Defendants. | Case No. 5:15-cv-01047-ODW<br><br>Bankr. Case No. 2:08-bk-32333-BR<br>Bankr. Adv. No. 2:13-ap-01761-BR<br><br>**ORDER GRANTING STIPULATED DISMISSAL [23]** |

On March 18, 2016, Plaintiff Bradley Sharp filed a Notice of Voluntary Dismissal. (ECF No. 23.) The Court therefore **VACATES** all dates and deadlines in this action, including Defendants' Motions in Limine, and **DISMISSES** the action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS SO ORDERED.**

March 18, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**